**Russell F. WALKER, Plaintiff-Appellant,**

v.

**HOKE COUNTY BOARD OF ELECTIONS; North Carolina State Board of Elections, Defendants-Appellees.**

No. 17-1727

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

Russell F. Walker, Appellant Pro Se. Brian Collins Fork, Charles Foster Marshall, III, Craig Daniel Schauer, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Raleigh, North Carolina; James Bernier, Jr., NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell F. Walker appeals the district court's order dismissing his complaint for failure to state a claim for relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Hoke Cnty. Bd. Of Elections*, No. 1:17-cv-00078-CCE-JLW (M.D.N.C. June 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*